Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89101
Telephone (702) 805-0290
Facsimile (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

ANDREW WEAVER (PRO HAC VICE TO BE FILED)
POLSINELLI PC
1000 Louisiana Street, 53rd Floor
Houston, TX 77002
Telephone: (713) 374-1600
Facsimile: (713) 374-1601
Email: aweaver@polsinelli.com

*Attorneys for Plaintiff Universal Entertainment Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Defendants. | CASE NO.: 2:19-CV-01657-GMN-DJA<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES PURSUANT TO LR 42-1** |

Pursuant to Local Rule 42-1, Plaintiff Universal Entertainment Corporation ("Plaintiff" or "Universal"), by its attorneys, submits this following Notice of Related Cases.

This case is related to Case No. 2:18-cv-00585-RFB-NJK ("585 case"), which was first filed and involves the same parties, including Universal, Aruze Gaming America, Inc. and Kazuo Okada. The 585 case also includes patent infringement claims involving similar accused products.

Both actions therefore involve the same parties and are based on similar or related claims for infringement from the same family of patents. This present action should be assigned to Richard F. Boulware presiding in the 585 case to prevent inconsistent rulings with respect to the patents-in-suit and to promote judicial economy through consolidated discovery, Markman hearing(s) and trial.

DATED October 29, 2019.

                                            EVANS FEARS & SCHUTTERT LLP

                                   By:     */s/ Jay J. Schuttert*
                                                  Jay J. Schuttert, Esq.
                                                  Nevada Bar No. 8656
                                                  David W. Gutke, Esq.
                                                  Nevada Bar No. 9820
                                                  2300 West Sahara Avenue, Suite 950
                                                  Las Vegas, NV 89102

                                                  Andrew Weaver (*pro hac vice* to be filed)
                                                  POLSINELLI PC
                                                  1000 Louisiana Street, 53rd Floor
                                                  Houston, TX 77002

                                                  *Attorneys for Plaintiff Universal Entertainment Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF RELATED CASES PURSUANT TO LR 42-1** was electronically served on counsel of record this 29TH day of October, 2019, using the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Faith Radford*
　　　　　　　　　　　　　　　　　　　　　　An Employee of Evans Fears & Schuttert LLP