Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89101
Telephone (702) 805-0290
Facsimile (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

GREGORY V. NOVAK (Pro Hac Vice To Be Filed)
POLSINELLI PC
1000 Louisiana Street, Ste. 6400
Houston, TX 77002
Telephone: (713) 374-1600
Facsimile: (713) 374-1601
Email: gnovak@polsinelli.com

*Attorneys for Plaintiff Universal Entertainment Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Defendants. | **CASE NO.: 2:19-CV-01657-GMN-DJA**<br><br>**STIPULATION AND ORDER REGARDING WAIVER OF SERVICE BY DEFENDANTS AND TO EXTEND TIME FOR DEFENDANT ARUZE GAMING AMERICA, INC. TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Universal Entertainment Corporation and Defendants Aruze Gaming America, Inc. ("AGA") and Kazuo Okada ("Okada"), through their respective counsel, as follows:

1. Defendants AGA and Okada hereby waive service;

2. Defendants understand that they will keep all defenses or objections to the lawsuit, the

1

1  Court's jurisdiction, and the venue of the action, but that they waive any objections to the absence of a
2  summons or of service of the Complaint;

3       3.    Plaintiff provided a Japanese translation of the Complaint to Defendant Okada pursuant
4  to service requirements under the Hague Convention. Okada hereby agrees to waive any requirement
5  that exhibits to the Complaint also be translated;

6       4.    Pursuant to Plaintiff's waiver request effective on December 5, 2019, and under Rule
7  4(d) of the Federal Rules of Civil Procedure, Defendant AGA must respond to the complaint within 60
8  days – by February 3, 2020. Defendant Okada, as a defendant located outside the United States, must
9  respond to the Complaint within 90 days – by March 4, 2020; and

10       5.    The parties agree that the time for AGA to respond to the Complaint shall also be
11  extended from February 3, 2020 until March 4, 2020, to coincide with the deadline for Okada to
12  respond to the Complaint. This is the first such request by the parties.

13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including March 4, 2020, for Defendant AGA to respond to the Complaint.

Dated this 10th day of December, 2019.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By: /s/ *Jay J. Schuttert* <br> Jay J. Schuttert, Esq. <br> Nevada Bar No. 8656 <br> David W. Gutke, Esq. <br> Nevada Bar No. 9820 <br> 2300 West Sahara Avenue, Suite 950 <br> Las Vegas, NV 89102 <br><br> Gregory V. Novak (Pro Hac To Be Filed) <br> Polsinelli PC <br> 1000 Louisiana Street, Ste. 6400 <br> Houston, TX 77002 <br><br> *Attorneys for Plaintiff* <br> *Universal Entertainment Corporation* | By: /s/ *J. Stephen Peek* <br> J. Stephen Peek, Esq. <br> Nevada Bar No. 1758 <br> Bryce K. Kunimoto, Esq. <br> Nevada Bar No. 7781 <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 <br><br> *Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada* |

**ORDER**

**IT IS SO ORDERED.**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: December 12, 2019

CASE NO.: 2:19-CV-01657-GMN-DJA

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **STIPULATION AND ORDER REGARDING WAIVER OF SERVICE BY DEFENDANTS AND TO EXTEND TIME FOR DEFENDANT ARUZE GAMING AMERICA, INC. TO RESPOND TO COMPLAINT (FIRST REQUEST)** was electronically served on counsel of record this 10th day of December, 2019, using the Court's CM/ECF System.

                                       */s/ Faith Radford*
                                       An Employee of Evans Fears & Schuttert LLP