Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89101
Telephone (702) 805-0290
Facsimile (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

*Additional counsel on signature page*

*Attorneys for Plaintiff Universal Entertainment Corporation*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Defendants. | CASE NO.: 2:19-CV-01657-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO STAY**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Universal Entertainment Corporation and Defendants Aruze Gaming America, Inc. and Kazuo Okada, through their respective counsel, that the time for Plaintiff Universal Entertainment Corporation to file its response to Defendants' Motion to Stay filed on February 10, 2020 (ECF No. 28) is extended for seven (7) days, from February 24, 2020 to March 2, 2020. This is the first stipulation for extension of time

//

//

1

| | | |
|---|---|---|
| 1 | regarding Plaintiff's response deadline.  This extension request is to accommodate counsel's and | |
| 2 | Plaintiff's schedules.  Accordingly, for good cause showing, the parties have agreed to the foregoing | |
| 3 | extension of the briefing schedule for Defendants' Motion to Stay. | |
| 4 | Dated this 19th day of February, 2020. | |

EVANS FEARS & SCHUTTERT LLP

HOLLAND & HART LLP

By:   */s/ Jay J. Schuttert*
    Jay J. Schuttert, Esq.
    Nevada Bar No. 8656
    David W. Gutke, Esq.
    Nevada Bar No. 9820
    2300 West Sahara Avenue, Suite 950
    Las Vegas, NV 89102

    Hank A. Petri, Jr., Esq. (pro hac vice)
    POLSINELLI PC
    1401 Eye ("I") Street NW, Suite 800
    Washington, DC 20005
    Telephone:  (202) 783-3300
    Facsimile: (202) 783-3535
    Email: hpetri@polsinelli.com

    Andrew Z. Weaver, Esq. (pro hac vice)
    Michael D. Pegues, Esq. (pro hac vice)
    Gregory V. Novak, Esq. (pro hac vice)
    POLSINELLI, PC
    1000 Louisiana Street, Suite 6400
    Houston, TX 77002
    Telephone: (713) 374-1600
    Facsimile: (713) 374-1601
    Email:  aweaver@polsinelli.com
    Email: mpegues@polsinelli.com
    Email: gnovak@polsinelli.com

    Nitin Gambhir, Esq. (pro hac vice)
    POLSINELLI PC
    1661 Page Mill Road, Suite A
    Palo Alto, CA 94304
    Telephone: (650) 461-7700
    Facsimile: (650) 461-7701
    Email:  ngambhir@polsinelli.com

*Attorneys for Plaintiff*
*Universal Entertainment Corporation*

By:   */s/ Robert J. Cassity*
    J. Stephen Peek, Esq.
    Nevada Bar No. 1758
    Bryce K. Kunimoto, Esq.
    Nevada Bar No. 7781
    Robert J. Cassity, Esq.
    Nevada Bar No. 9779
    9555 Hillwood Drive, 2nd Floor
    Las Vegas, NV 89134

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

    Jeffrey S. Love, (pro hac vice pending)
    Kristin L. Cleveland (pro hac vice pending)
    Klarquist Sparkman, LLP
    121 SW Salmon St., Ste. 1600
    Portland, OR 97204

*Attorneys for Defendant Aruze Gaming America, Inc.*

*Universal Entertainment Corportation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:19-cv-01657-GMN-DJA*
*Stipulation and Order to Extend Time to File Response to Defendants' Motion to Stay (First Request)*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE/

DATED: February 20, 2020

Case No.: 2:19-cv-01657-GMN-DJA

3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO STAY** was electronically served on counsel of record this 19th day of February, 2020, using the Court's CM/ECF System.

                                              */s/ Faith Radford*
                                        An Employee of Evans Fears & Schuttert LLP