| | |
|---|---|
| Jay J. Schuttert, Esq. (Nevada Bar No. 8656)<br>David W. Gutke, Esq. (Nevada Bar No. 9820)<br>EVANS FEARS & SCHUTTERT LLP<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br>Telephone:  (702) 805-0290<br>Facsimile: (702) 805-0291<br>Email:  jschuttert@efstriallaw.com<br>Email:  dgutke@efstriallaw.com<br><br>Andrew Z. Weaver *(pro hac vice)*<br>Michael D. Pegues *(pro hac vice)*<br>POLSINELLI PC<br>1000 Louisiana Street, Suite 6400<br>Houston, TX 77002<br>Telephone:  (713) 374-1600<br>Facsimile:  (713) 374-1601<br>Email:  aweaver@polsinelli.com<br>Email:  mpegues@polsinelli.com | David S. Krakoff *(pro hac vice)*<br>Benjamin B. Klubes *(pro hac vice)*<br>Lauren R. Randell *(pro hac vice)*<br>Adam Miller *(pro hac vice)*<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br>Telephone:  (202) 349-8000<br>Facsimile:   (202) 349-8080<br>Email:  dkrakoff@buckleyfirm.com<br>Email:  bklubes@buckleyfirm.com<br>Email:  lrandell@buckleyfirm.com<br>Email:  amiller@buckleyfirm.com |

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:19-CV-01657 (RFB)(NJK)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff Universal Entertainment Corporation ("UEC") to file its Opposition to Defendants Aruze Gaming America, Inc.'s and Kazuo Okada's Motion to Dismiss Patent Infringement Counts I Through X ("Motion to Dismiss," filed on January 6, 2021 – ECF No. 81) is extended for 7 days, from February 22, 2021 to March 1, 2021.  This is the second stipulation for extension of time

1

regarding Plaintiff's Opposition. The Court previously granted the parties' request to extend the standard page and time limitations for briefing on Defendants' Motion to Dismiss. ECF No. 80. Under the Court's prior Order, Defendants' Reply brief is due 14 days after Plaintiff files its Opposition. *Id.* This extension request is to accommodate UEC's counsel located in Texas, who are currently experiencing severe winter weather and power outages. Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

Dated this 16th day of February, 2021.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By: /s/ Jay J. Schuttert<br>Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br><br>Andrew Z. Weaver, Esq. (pro hac vice)<br>Michael D. Pegues (pro hac vice)<br>POLSINELLI, PC<br>1000 Louisiana Street, Suite 6400<br>Houston, TX 77002<br><br>David S. Krakoff (pro hac vice)<br>Benjamin B. Klubes (pro hac vice)<br>Lauren R. Randell (pro hac vice)<br>Adam Miller (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br><br>*Attorneys for Plaintiff* | By: /s/ Robert J. Cassity<br>J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Bryce K. Kunimoto, Esq.<br>Nevada Bar No. 7781<br>Robert J. Cassity, Esq.<br>Nevada Bar No. 9779<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*<br><br>Jeffrey S. Love (pro hac vice)<br>Kristin L. Cleveland (pro hac vice)<br>Caroline L. Desmond (pro hac vice)<br>Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204<br><br>*Attorneys for Defendant Aruze Gaming America, Inc.* |

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:19-cv-01657-RFB-NJK*

*Stipulation and Order for Extension of Time to File Opposition to Motion to Dismiss (Second Request)*

### ORDER

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED:   February 17, 2021.

Case No.:  2:19-CV-01657-RFB-NJK

3