Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Andrew Z. Weaver *(pro hac vice)*
Michael D. Pegues *(pro hac vice)*
POLSINELLI PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Telephone:  (713) 374-1600
Facsimile:  (713) 374-1601
Email:  aweaver@polsinelli.com
Email:  mpegues@polsinelli.com

David S. Krakoff *(pro hac vice)*
Benjamin B. Klubes *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  bklubes@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:19-CV-01657 (RFB)(NJK)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time

for Plaintiff Universal Entertainment Corporation ("UEC") to file its Opposition to Defendants Aruze

Gaming America, Inc.'s and Kazuo Okada's Motion to Dismiss Patent Infringement Counts I

Through X ("Motion to Dismiss," filed on January 6, 2021 – ECF No. 81) is extended for 9 days,

from March 1, 2021 to March 10, 2021.  This is the third stipulation for extension of time regarding

Plaintiff's Opposition.  The Court previously granted the parties' request to extend the standard page and time limitations for briefing on Defendants' Motion to Dismiss on January 5, 2021 (ECF No. 80) and a second extension on February 17, 2021 (ECF No. 83).  Defendants' Reply brief is due 14 days after Plaintiff files its Opposition.  *See* ECF No. 80.  This extension request is to accommodate UEC's counsel located in Texas, who have been experiencing significant disruptions due to recent severe winter weather.  Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

Dated this 25th day of February, 2021.

EVANS FEARS & SCHUTTERT LLP

By:   /s/ Jay J. Schuttert
Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Andrew Z. Weaver, Esq. (pro hac vice)
Michael D. Pegues (pro hac vice)
POLSINELLI, PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002

David S. Krakoff (pro hac vice)
Benjamin B. Klubes (pro hac vice)
Lauren R. Randell (pro hac vice)
Adam Miller (pro hac vice)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036

*Attorneys for Plaintiff*

HOLLAND & HART LLP

By:   /s/ Robert J. Cassity
J. Stephen Peek, Esq.
Nevada Bar No. 1758
Bryce K. Kunimoto, Esq.
Nevada Bar No. 7781
Robert J. Cassity, Esq.
Nevada Bar No. 9779
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love (pro hac vice)
Kristin L. Cleveland (pro hac vice)
Caroline L. Desmond (pro hac vice)
Klarquist Sparkman, LLP
121 SW Salmon St., Ste. 1600
Portland, OR 97204

*Attorneys for Defendant Aruze Gaming America, Inc.*

2

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:19-cv-01657-RFB-NJK*

*Stipulation and Order for Extension of Time to File Opposition to Motion to Dismiss*
*(Third Request)*

<u>**ORDER**</u>

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
United States District Court

DATED this 26th day of February, 2021.

3