J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Robert J. Cassity, Esq. (9779)
Jessica E. Whelan, Esq. (14781)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
speek@hollandhart.com
bkunimoto@hollandhart.com
bcassity@hollandhart.com
jewhelan@hollandhart.com

*Attorneys for Defendants Kazuo Okada and Aruze Gaming America, Inc.*

Jeffrey S. Love (*pro hac vice*)
Kristin L. Cleveland (*pro hac vice*)
Sarah E. Jelsema (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com
sarah.jelsema@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendant. | Case No.: 2:19-cv-01657-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(SECOND REQUEST)** |

1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Universal Entertainment Corporation ("Plaintiff") and Defendants Aruze Gaming America, Inc. and Kazuo Okada (collectively, "Defendants"), and through their respective counsel, that the time for Defendants to answer or otherwise respond to the Complaint filed September 20, 2019 [ECF No. 1], which is currently due May 9, 2022,[1] shall be extended at least 45 days to June 23, 2022. This is the second stipulation for extension of time regarding Defendants' April 7 deadline set by the Court's denial of Defendants' motion to dismiss.

The parties respectfully seek this extension of time because Plaintiff intends to move for leave to file an amended complaint, but has not yet provided a proposed amendment to Defendants, after which the parties will confer about whether Defendants consent to the proposed amendment. Plaintiff expects to provide a proposed amended complaint to Defendants by May 27, 2022. The parties agree that it would be inefficient for Defendants to respond to the current Complaint while the determination of whether the Court will permit the proposed amended complaint is pending. Accordingly, the parties request that the time for Defendants to respond to the current complaint be extended to the later of June 23, 2022, or 14 days after the Court's resolution of Plaintiff's request for leave to amend.

Accordingly, for good cause shown, the parties have agreed to the foregoing extension

| DATED this 4th day of May 2022. | DATED this 4th day of May 2022. |
|---|---|
| /s/Jay J. Schuttert | /s/Robert J. Cassity |
| Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>EVANS FEARS & SCHUTTERT LLP<br>2300 West Sahara Avenue, Suite 950<br>Las Vegas, NV 89102 | J. Stephen Peek, Esq.<br>Bryce K. Kunimoto, Esq.<br>Robert J. Cassity, Esq.<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada* |

---

[1] On April 8, 2022, upon finding good cause, the Court granted the parties' first stipulation for extension of time for Defendants to answer or otherwise respond to the complaint by May 9, 2022. (ECF No. 107.)

2

| | |
|---|---|
| David S. Krakoff (pro hac vice)<br>Benjamin B. Klubes (pro hac vice)<br>Lauren R. Randell (pro hac vice)<br>Adam Miller (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br><br>Bruce Genderson (pro hac vice)<br>David Krinsky (pro hac vice)<br>Adam Harber (pro hac vice)<br>Matthew Lachman (pro hac vice)<br>Sarahi Uribe (pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, D.C. 20024<br><br>*Attorneys for Plaintiff/Counter-Defendants* | Jeffrey S. Love, Esq. (pro hac vice)<br>Kristin L. Cleveland, Esq. (pro hac vice)<br>Caroline L. Desmond, Esq. (pro hac vice)<br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Ste 1600<br>Portland, Oregon 97204<br><br>*Attorneys for Defendant Aruze Gaming America, Inc.* |

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
Case No. 2:19-01657-RFB-NJK
*Stipulation and Order to Extend Time to Answer or Otherwise Respond to the Complaint (Second Request)*

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
United States District Court

DATED: May 6, 2022.