Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  bgenderson@wc.com
Email:  dkrinsky@wc.com
Email:  aharber@wc.com

David S. Krakoff *(pro hac vice)*
Benjamin B. Klubes *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  bklubes@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:19-CV-01657 (RFB)(NJK)<br><br>**PLAINTIFF UNIVERSAL ENTERTAINMENT CORPORATION'S UNOPPOSED MOTION TO WITHDRAW BENJAMIN KLUBES AS COUNSEL OF RECORD AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |

Plaintiff Universal Entertainment Corporation, by and through its undersigned counsel, respectfully requests, pursuant to Local Rules IA 11-6 and 6-2, leave of the Court to withdraw Benjamin B. Klubes as counsel of record.

Counsel for Defendants Aruze Gaming America, Inc., and Kazuo Okada have indicated that they do not oppose this motion.

| | |
|---|---|
| Dated: May 6, 2022 | Respectfully submitted,<br><br>By: */s/ Jay J. Schuttert*<br>Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>EVANS FEARS & SCHUTTERT LLP<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, Nevada 89119<br><br>David S. Krakoff *(pro hac vice)*<br>Benjamin B. Klubes *(pro hac vice)*<br>Lauren R. Randell *(pro hac vice)*<br>Adam Miller *(pro hac vice)*<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br><br>Bruce R. Genderson *(pro hac vice)*<br>David M. Krinsky *(pro hac vice)*<br>Adam D. Harber *(pro hac vice)*<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br><br>*Attorneys for Plaintiff* |

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule IA 11-6(b) states that: " If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." Benjamin B. Klubes, who has appeared in this action, will no longer be associated with Buckley LLP, one of the firms representing Universal Entertainment Corporation in this action, after May 6, 2022, and Universal Entertainment Corporation accordingly seeks to withdraw Mr. Klubes as counsel of record.

All parties in this case have received notice of the instant motion and will additionally receive notice of this motion through the CM/ECF system.  Counsel for Defendants Aruze Gaming America, Inc., and Kazuo Okada have indicated that they do not oppose this motion.

Additionally, pursuant to Local Rule IA 11-6(d), withdrawal will not cause any delay in the instant proceedings as Universal Entertainment Corporation will continue to be represented in this action by attorneys Jay J. Schuttert and David Gutke of Evans Fears & Schuttert LLP, David S. Krakoff, Lauren R. Randell, and Adam Miller of Buckley LLP, and Bruce R. Genderson, David M. Krinsky, and Adam D. Harber of Williams & Connolly LLP.

Additionally, movant has attached a proposed order and the LR IA 6-2 signature block, whichever the Court chooses to use.

Dated: May 6, 2022

IT IS SO ORDERED.
Dated:  May 9, 2022
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

By: /s/ Jay J. Schuttert
Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  (702) 805-0290
Facsimile:  (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

David S. Krakoff *(pro hac vice)*
Benjamin B. Klubes *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*

3

Adam Miller *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: dkrakoff@buckleyfirm.com
Email: bklubes@buckleyfirm.com
Email: lrandell@buckleyfirm.com
Email: amiller@buckleyfirm.com
Email: vviswanatha@buckleyfirm.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: bgenderson@wc.com
Email: dkrinsky@wc.com
Email: aharber@wc.com

*Attorneys for Plaintiff*