J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Jessica E. Whelan (14781)
Erica C. Medley (13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
speek@hollandhart.com
bkunimoto@hollandhart.com
jewhelan@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love (*pro hac vice*)
Kristin L. Cleveland (*pro hac vice*)
Caroline L. Desmond (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com
caroline.desmond@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Defendants. | CASE NO.: 2:19-01657-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(THIRD REQUEST)** |

1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Universal Entertainment Corporation and Defendants Aruze Gaming America, Inc. and Kazuo Okada (collectively, "Defendants"), and through their respective counsel, that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint filed September 20, 2019 [ECF No. 1], which is currently due June 23, 2022 shall be extended 30 days to July 25, 2022. This is the third stipulation for extension of time regarding Defendants' April 7 deadline set by the Court's denial of Defendants' motion to dismiss. On April 8, 2022, upon finding good cause, the Court granted the parties' first stipulation for extension of time for Defendants to answer or otherwise respond to the complaint by May 9, 2022. (ECF No. 107.) On May 9, 2022, upon finding good cause, the Court granted the parties' second stipulation for extension of time for Defendants to answer or otherwise respond to the complaint by the later of June 23, 2022, or 14 days after the Court's resolution of Plaintiff's request for leave to amend. (ECF No. 111.)  Since the parties continue to meet and confer as to Plaintiff's request for leave to amend, that request has not yet been formally filed with the Court, so the later of the two extensions granted by ECF No. 111, has not yet been triggered.  This request for an extension of time is to allow the parties to continue the meet and confer process as to the proposed amended complaint, in view of the number of patents, accused products, and claims involved.

The parties respectfully seek this extension of time because Plaintiff intends to move for leave to file an amended complaint. On May 27, 2022, Plaintiff submitted a proposed amended complaint to Defendants, and the parties have begun the meet and confer process. The parties agree that it would be inefficient for Defendants to respond to the current complaint while the parties continue the meet and confer process regarding the proposed amended complaint, as well as during any time the parties await the determination of whether the Court will permit any proposed amended complaint. Accordingly, the parties request that the time for Defendants to respond to the current complaint be extended to the later of July 25, 2022, or 14 days after the Court's resolution of Plaintiff's request for leave to amend.

///

Accordingly, for good cause shown the parties have agreed to the foregoing extension.

DATED this 17th day of June, 2022

| /s/ David W. Gutke | /s/ Bryce Kunimoto |
|---|---|
| Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>EVANS FEARS & SCHUTTERT LLP<br>6720 Via Austi Parkway, Ste 300<br>Las Vegas, NV 89119 | J. Stephen Peek, Esq.<br>Bryce K. Kunimoto, Esq.<br>Robert J. Cassity, Esq.<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 |
| David S. Krakoff (pro hac vice)<br>Lauren R. Randell (pro hac vice)<br>Adam Miller (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036 | *Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada,*<br><br>Jeffrey S. Love, Esq. (pro hac vice)<br>Kristin L. Cleveland, Esq. (pro hac vice)<br>Caroline L. Desmond, Esq. (pro hac vice)<br>KLARQUIST SPARKMAN, LLP<br>One World Trade Center<br>121 S.W. Salmon Street, Ste 1600<br>Portland, Oregon 97204 |
| Bruce R. Genderson (pro hac vice)<br>David Krinsky (pro hac vice)<br>Adam D. Harber (pro hac vice)<br>Matthew W. Lachman (pro hac vice)<br>Sarahi Uribe (pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024 | *Attorneys for Defendant Aruze Gaming America, Inc* |

*Attorneys for Plaintiff/Counter-Defendants*

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:19-cv-01657-RFB-NJK*
*Stipulation and Order to Extend Time to File Response to Complaint*

## ORDER

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED: June 20, 2022

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2022, a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** was served by the following method(s):

☒ Electronic: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Jay J. Schuttert, Esq. – jschuttert@efstriallaw.com
David W. Gutke, Esq. – dgutke@efstriallaw.com
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Lauren R. Randell - lrandell@buckleyfirm.com
Adam B. Miller – amiller@buckleyfirm.com
David S. Krakoff – dkrakoff@buckleyfirm.com
BUCKLEY, LLP
2001 M Street NW, Suite 500
Washington, DC  20036

Bruce R. Genderson – bgenderson@wc.com
David Krinsky – dkrinsky@wc.com
Adam D. Harber – aharber@wc.com
Matthew W. Lachman – mlachman@wc.com
Sarahi Uribe – suribe@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Valerie Larsen*
　　　　　　　　　　　　　　　　　　　　An employee of Holland & Hart, LLP

19127966_v1