J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Jessica E. Whelan (14781)
Erica C. Medley (13959)
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
bkunimoto@hollandhart.com
jewhelan@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love (*pro hac vice*)
Kristin L. Cleveland (*pro hac vice*)
Caroline L. Desmond (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com
caroline.desmond@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Defendants. | CASE NO.: 2:19-01657-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(FOURTH REQUEST)** |

1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Universal Entertainment Corporation and Defendants Aruze Gaming America, Inc. and Kazuo Okada (collectively, "Defendants"), and through their respective counsel, that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint filed September 20, 2019 (ECF No. 1), which is currently due July 25, 2022 shall be extended 21 days to August 15, 2022. This is the fourth stipulation for extension of time regarding Defendants' April 7 deadline set by the Court's denial of Defendants' motion to dismiss. On April 8, 2022, upon finding good cause, the Court granted the parties' first stipulation for extension of time for Defendants to answer or otherwise respond to the complaint by May 9, 2022. (ECF No. 107.) On May 9, 2022, upon finding good cause, the Court granted the parties' second stipulation for extension of time for Defendants to answer or otherwise respond to the complaint by the later of June 23, 2022, or 14 days after the Court's resolution of Plaintiff's request for leave to amend. (ECF No. 111.) On June 20, 2022, upon finding good cause, the Court granted the parties' third stipulation for extension of time for Defendants to answer or otherwise respond to the complaint by the later of July 25, 2022, or 14 days after the Court's resolution of Plaintiff's request for leave to amend. (ECF No. 114.) Since the parties continue to meet and confer as to Plaintiff's request for leave to amend, that request has not yet been formally filed with the Court, so the later of the two extensions granted by ECF No. 114, has not yet been triggered. This request for an extension of time is to allow the parties to continue to meet and confer as to the proposed amended complaint, in view of the number of patents, accused products, and claims involved.

The parties respectfully seek this extension of time because Plaintiff intends to move for leave to file an amended complaint. On May 27, 2022, Plaintiff submitted a proposed amended complaint to Defendants, and the parties began the meet and confer process. On July 14, 2022, Plaintiff submitted a proposed amended complaint with further changes, including addressing some of the issues discussed in prior meet and confers; accordingly, the parties continue to meet and confer. The parties agree that it would be inefficient for Defendants to respond to the current complaint while the parties continue the meet and confer process regarding the proposed amended

complaint, as well as during any time the parties await the determination of whether the Court will permit any proposed amended complaint. Accordingly, the parties request that the time for Defendants to respond to the current complaint be extended to the later of August 15, 2022, or 14 days after the Court's resolution of Plaintiff's request for leave to amend.

Accordingly, for good cause shown the parties have agreed to the foregoing extension.

DATED this 20th day of July, 2022

*/s/ Adam Harber*
Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

David S. Krakoff (pro hac vice)
Lauren R. Randell (pro hac vice)
Adam Miller (pro hac vice)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036

Bruce R. Genderson (pro hac vice)
David Krinsky (pro hac vice)
Adam D. Harber (pro hac vice)
Matthew W. Lachman (pro hac vice)
Sarahi Uribe (pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024

*Attorneys for Plaintiff/Counter-Defendants*

*/s/ J. Stephen Peek*
J. Stephen Peek, Esq.
Bryce K. Kunimoto, Esq.
Jessica E. Whelan, Esq.
Erica C. Medley, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada,*

Jeffrey S. Love, Esq. (pro hac vice)
Kristin L. Cleveland, Esq. (pro hac vice)
Caroline L. Desmond, Esq. (pro hac vice)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Ste 1600
Portland, Oregon 97204

*Attorneys for Defendant Aruze Gaming America, Inc*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED this 22nd day of July, 2022.

3

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:19-cv-01657-RFB-NJK*
*Stipulation and Order to Extend Time to File Response to Complaint*

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: _____

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July 2022, a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** was served by the following method(s):

☒   Electronic:  by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

      Jay J. Schuttert, Esq. – jschuttert@efstriallaw.com
      David W. Gutke, Esq. – dgutke@efstriallaw.com
      EVANS FEARS & SCHUTTERT LLP
      2300 West Sahara Ave Ste 900
      Las Vegas, NV 89101

      Bruce R. Genderson, Esq. – bgenderson@wc.com
      David M. Krinsky – dkrinsky@wc.com
      Adam D. Harber – aharber@wc.com
      WILLIAMS & CONNOLLY LLP
      680 Maine Avenue SW
      Washington, DC 20024

      David S. Krakoff – dkrakoff@buckleyfirm.com
      Lauren R. Randell – lrandell@buckleyfirm.com
      Adam B. Miller – amiller@buckleyfirm.com
      BUCKLEY LLP
      2001 M. St. NW, Suite 500
      Washington DC 20036

*Attorneys for Plaintiff and Counter Defendants*

                                      */s/ Valerie Larsen*
                                      An Employee of Holland & Hart LLP

19299160_v1