J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Jessica E. Whelan (14781)
Erica C. Medley (13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
bkunimoto@hollandhart.com
jewhelan@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love, Esq. (*pro hac vice*)
Kristin L. Cleveland, Esq. (*pro hac vice*)
Caroline L. Desmond (*pro hac vice*)
Ryan L. Frei (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com
caroline.desmond@klarquist.com
ryan.frei@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Defendants. | CASE NO.: 2:19-01657-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(FIFTH REQUEST)** |

1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Universal Entertainment Corporation and Defendants Aruze Gaming America, Inc. and Kazuo Okada (collectively, "Defendants"), and through their respective counsel, that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint filed September 20, 2019 [ECF No. 1], which is currently due August 15, 2022 shall be extended to 14 days after the Court's resolution of Plaintiff's forthcoming request for leave to amend. This is the fifth stipulation for extension of time regarding Defendants' April 7 deadline set by the Court's denial of Defendants' motion to dismiss. On April 8, 2022, upon finding good cause, the Court granted the parties' first stipulation for extension of time for Defendants to answer or otherwise respond to the complaint by May 9, 2022. (ECF No. 107.) On May 9, 2022, upon finding good cause, the Court granted the parties' second stipulation for extension of time for Defendants to answer or otherwise respond to the complaint by the later of June 23, 2022, or 14 days after the Court's resolution of Plaintiff's request for leave to amend. (ECF No. 111.) On June 20, 2022, upon finding good cause, the Court granted the parties' third stipulation for extension of time for Defendants to answer or otherwise respond to the complaint by the later of July 25, 2022, or 14 days after the Court's resolution of Plaintiff's request for leave to amend. (ECF No. 114.) On July 22, 2022, upon finding good cause, the Court granted the parties' fourth stipulation for extension of time for Defendants to answer or otherwise respond to the complaint by the later of August 15, 2022, or 14 days after the Court's resolution of Plaintiff's request for leave to amend. (ECF No. 118.)

Since the parties have continued to meet and confer as to Plaintiff's request for leave to amend, that request has not yet been formally filed with the Court, so the later of the two extension granted by ECF No. 118, has still not yet been triggered. However, the parties now anticipate that UEC will in the near future file a motion to request leave to amend, which will be in part opposed and in part unopposed. Therefore, the parties agree that AGA need not answer the pending complaint, but will instead answer 14 days after the Court's resolution of Plaintiff's request for leave to amend.

///

Accordingly, for good cause shown the parties have agreed to the foregoing extension.

DATED this 11th day of August, 2022

| | |
|---|---|
| /s/ Matthew W. Lachman | /s/ J. Stephen Peek |
| Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>EVANS FEARS & SCHUTTERT LLP<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119 | J. Stephen Peek.<br>Bryce K. Kunimoto<br>Jessica E. Whelan<br>Erica C. Medley<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 |
| David S. Krakoff (pro hac vice)<br>Lauren R. Randell (pro hac vice)<br>Adam Miller (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036 | *Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada,* |
| Bruce R. Genderson (pro hac vice)<br>David Krinsky (pro hac vice)<br>Adam D. Harber (pro hac vice)<br>Matthew W. Lachman (pro hac vice)<br>Sarahi Uribe (pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024 | Jeffrey S. Love, Esq. (pro hac vice)<br>Kristin L. Cleveland, Esq. (pro hac vice)<br>Caroline L. Desmond, Esq. (pro hac vice)<br>KLARQUIST SPARKMAN, LLP<br>One World Trade Center<br>121 S.W. Salmon Street, Ste 1600<br>Portland, Oregon 97204 |
| *Attorneys for Plaintiff/Counter-Defendants* | *Attorneys for Defendant Aruze Gaming America, Inc* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 12th day of August, 2022.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2022, a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** was served by the following method(s):

☒  Electronic: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Jay J. Schuttert, Esq. – jschuttert@efstriallaw.com
David W. Gutke, Esq. – dgutke@efstriallaw.com
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Ave Ste 900
Las Vegas, NV 89101

Bruce R. Genderson, Esq. – bgenderson@wc.com
David M. Krinsky – dkrinsky@wc.com
Adam D. Harber – aharber@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024

David S. Krakoff – dkrakoff@buckleyfirm.com
Lauren R. Randell – lrandell@buckleyfirm.com
Adam B. Miller – amiller@buckleyfirm.com
Preston Burton – pburton@buckleyfirm.com
BUCKLEY LLP
2001 M. St. NW, Suite 500
Washington DC 20036

*Attorneys for Plaintiff and Counter Defendants*

　　　　　　　　　　　　　　　　　　*/s/ Valerie Larsen*
　　　　　　　　　　　　　　　　　　An Employee of Holland & Hart LLP

19593186_v1