# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNIVERSAL ENTERTAINMENT CORPORATION,

     Plaintiff,

v.

ARUZE GAMING AMERICA, INC., et al.,

     Defendants.

Case No. 2:19-cv-01657-RFB-NJK

**ORDER**

[Docket Nos. 131, 132]

     Pending before the Court is the parties' stipulation to extend Defendants' time to respond to Plaintiff's motion for leave to file an amended complaint.[1]  Docket No. 132.  The parties request additional time to allow Defendants' counsel to evaluate the proposed amended complaint and to accommodate deadlines in the co-pending case between the parties.  *Id.* at 2.

     Accordingly, the stipulation is **GRANTED**.  Docket No. 132.  Defendants' deadline to respond to Plaintiff's motion for leave to file an amended complaint is extended to October 18, 2022.

     IT IS SO ORDERED.

     Dated: October 11, 2022

                            _____
                            Nancy J. Koppe
                            United States Magistrate Judge

---

[1]    The filing at Docket No. 131 is identical to the filing at Docket No. 132.  Accordingly, the motion at Docket No. 131 is **DENIED** as moot.