Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

David S. Krakoff (*pro hac vice*)
Preston Burton (*pro hac vice*)
Lauren R. Randell (*pro hac vice*)
Adam B. Miller (*pro hac vice*)
Bradley A. Marcus (*pro hac vice*)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Email: dkrakoff@buckleyfirm.com
Email: pburton@buckleyfirm.com
Email: lrandell@buckleyfirm.com
Email: amiller@buckleyfirm.com
Email: bmarcus@buckleyfirm.com

Bruce R. Genderson (*pro hac vice*)
David M. Krinsky (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
Matthew W. Lachman (*pro hac vice*)
Sarahi Uribe (*pro hac vice*)
Nicholas Jordan (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Email: bgenderson@wc.com
Email: dkrinsky@wc.com
Email: aharber@wc.com
Email: mlachman@wc.com
Email: suribe@wc.com
Email: njordan@wc.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | **Case No.: 2:19-CV-01657 (RFB)(NJK)**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff Universal Entertainment Corporation ("UEC") to file its Reply in Support of Motion for Leave to File First Amended Complaint ("Motion for Leave to Amend," filed on September 26, 2022,

1

– ECF No. 125) is extended by 14 days, from October 25, 2022 to November 8, 2022. This is the first stipulation for extension of time regarding UEC's Reply. The Court previously granted the parties' request to extend the Opposition, which was extended to and filed on October 18, 2022 (ECF No. 133).

This extension is necessary to allow counsel additional time to evaluate the Opposition, as well as to accommodate counsel's availability in view of other deadlines in the co-pending case between the parties (Case No. 2:18-cv-00585). Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

Dated this 21st day of October, 2022.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 24, 2022