# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,

Plaintiff(s),

vs.

ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,

Defendant(s).

Case #2:19-CV-01657 (RFB)(NJK)

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

**FILING FEE IS $250.00**

_Rachel S. Li Wai Suen_, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_Buckley LLP_
(firm name)

with offices at _2001 M St. NW, Suite 500_,
(street address)

_Washington_, _District of Columbia_, _20036_,
(city) (state) (zip code)

_(202) 349-8039_, _rliwaisuen@buckleyfirm.com_.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_Universal Entertainment Corporation_ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since November 6, 2006 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of District of Columbia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia | November 6, 2006 | 500527 |
| New York | January 20, 2004 | 4197935 |
| USDC - District of Columbia | February 7, 2022 | 1014093 |
| USDC - Northern District of Florida | May 5, 2006 | 357798 |
| USDC - Eastern District of New York | September 22, 2004 | RS1145 |
| USDC - Southern District of New York | September 21, 2004 | RS1145 |
| US Court of Appeals (5th Circuit) | September 9, 2019 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

The Bar of the District of Columbia
The State Bar of New York

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | None | None | None |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

~~STATE OF~~ _____ )
~~COUNTY OF~~ District of Columbia )

___Rachel S. Li Wai Suen___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

3rd day of November, 2022.

_____
Notary Public or Clerk of Court

NICOLE Y. REEBER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 14, 2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Jay J. Schuttert___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Evans Fears & Schuttert LLP, 6720 Via Austi Parkway, Suite 300
(street address)

Las Vegas, Nevada, 89119
(city) (state) (zip code)

(702) 805-0290, jschuttert@efstriallaw.com
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jay J. Schuttert_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

*(party's signature)*
Yoshiyuki Shōji, Gaming Compliance Office, General Manager, Universal Entertainment Corporation
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

8656                    jschuttert@efstriallaw.com
Bar number              Email address

APPROVED:

DATED this 9th day of November, 2022.

RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2022, a true and correct copy of the foregoing **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** was served by the following method(s):

x   Electronic: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

J. Stephen Peek, Esq.
Bryce K. Kunimoto, Esq.
Robert J. Cassity, Esq.
Jessica Whelan, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
speek@hollandhart.com
bkunimoto@hollandhart.com
bcassity@hollandhart.com
jewhelan@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love *(pro hac vice)*
Kristin L. Cleveland *(pro hac vice)*
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Jeffrey.love@klarquist.com
Kristin.cleveland@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

*/s/ Faith Radford*
An Employee of Evans Fears & Schuttert LLP



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Rachel Li Wai Suen

was duly qualified and admitted on November 6, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 02, 2022.

*JULIO A. CASTILLO*
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*