J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Jessica E. Whelan (14781)
Erica C. Medley (13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
bkunimoto@hollandhart.com
jewhelan@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Defendants ARUZE GAMING AMERICA, INC. and KAZUO OKADA*

Jeffrey S. Love (*pro hac vice*)
Kristin L. Cleveland (*pro hac vice*)
Caroline L. Desmond (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Tel: (503) 595-5300
Fax: (503) 595-5301
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com
caroline.desmond@klarquist.com

*Attorneys for Defendant ARUZE GAMING AMERICA, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Defendants. | Case No. 2:19-01657-RFB-NJK<br><br>**ORDER GRANTING DEFENDANT ARUZE GAMING AMERICA, INC.'S UNOPPOSSED MOTION TO REMOVE SALUMEH R. LOESCH AS COUNSEL OF RECORD** |

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2500 ◆ Fax: (702) 669-4650

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2500 ◆ Fax: (702) 669-4650

1    This matter is before the Court on Defendant Aruze Gaming America, Inc.'s ("AGA")

2  Motion to Withdraw as Counsel of Record (ECF No. __159__) filed December 7, 2022. Salumeh R.

3  Loesch seeks to withdraw as counsel of record for AGA. The Motion represents that Salumeh R.

4  Loesch is no longer associated with Klarquist Sparkman LLP, one of the firms representing AGA.

5  The Motion also represents that AGA will continue to be represented by attorneys Kristin L.

6  Cleveland, Caroline L. Desmond, and Jeffrey S. Love of Klarquist Sparkman LLP and J. Stephen

7  Peek, Bryce K. Kunimoto, Jessica E. Whelan, and Erica C. Medley of Holland & Hart LLP. Local

8  Rule IA 11-6 provides that "no withdrawal . . . will be approved if it will result in delay of

9  discovery, the trial, or any hearing in the case." Discovery has not yet closed and withdrawal will

10  not delay this action.

11    Having reviewed and considered this matter, and for good cause shown,

12  **IT IS SO ORDERED:**

13    1.    The Motion to Withdraw (ECF No. __159__) is GRANTED.

14    2.    Defendant Aruze Gaming America, Inc. will continue to be represented by

15  attorneys Kristin L. Cleveland, Caroline L. Desmond, and Jeffrey S. Love of Klarquist

16  Sparkman LLP and J. Stephen Peek, Bryce K. Kunimoto, Jessica E. Whelan, and Erica C.

17  Medley of Holland & Hart LLP.

18

19

20

21

22    _____
      UNITED STATES MAGISTRATE JUDGE

23

24    DATED: ___December 8, 2022_____

25    Case No. 2:19-01657-RFB-NJK

26

27  20467806_v1

28

7