**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION,<br><br>        Plaintiff(s),<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC.;<br>KAZUO OKADA,<br><br>        Defendant(s). | Case #2:19-CV-01657-RFB-NJK<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

      Pablo Chapablanco, Petitioner, respectfully represents to the Court:
(name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

        Williams & Connolly LLP
        (firm name)

with offices at   680 Maine Avenue SW,
        (street address)

Washington, District of Columbia, 20024,
(city)    (state)    (zip code)

(202) 434-5993, pchapablanco@wc.com.
(area code + telephone number)    (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

Universal Entertainment Corporation to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>June 26, 2020</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>New York</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York | 06/26/2020 | 5796347 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

New York State Bar (Petitioner's practice in D.C. is supervised by D.C. Bar members).

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1        That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                     Petitioner's signature

STATE OF __District of Columbia__ )
5                                         )
COUNTY OF ____Washington D.C.__)
6

7       ____Pablo Chapablanco____, Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

9                                                     Petitioner's signature

10 Subscribed and sworn to before me this

11 __12th__ day of __December__, __2022__.

12

13 _____    JANICE V. MARTIN
             Notary Public or Clerk of Court    NOTARY PUBLIC DISTRICT OF COLUMBIA
14                                                                          My Commission Expires June 30, 2024

15

16                **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19 believes it to be in the best interests of the client(s) to designate ____Jay J. Schuttert____,
                                                                                 (name of local counsel)
20 Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21 above-entitled Court as associate resident counsel in this action. The address and email address of

22 said designated Nevada counsel is:

23      __Evans Fears & Schuttert LLP, 6720 Via Austi Parkway, Suite 300__,
                                         (street address)
24

25   __Las Vegas__, __Nevada__, __89119__,
       (city)                        (state)                 (zip code)

26   __(702) 805-0290__, __jschuttert@efstriallaw.com__.
    (area code + telephone number)          (Email address)
27

28                                                     4                                                                      Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jay J. Schuttert_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Universal Entertainment Corporation
(type or print party name, title)

Hiroyuki Kuwana, Asst. Division Mgr, Patent Dept.
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8656                              jschuttert@efstriallaw.com
Bar number                        Email address

APPROVED:

DATED this  20th day of December, 2022.

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Pablo Chapablanco

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 26, 2020**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Albany on December 9, 2022.*

Robert D. Mayberger

Clerk of the Court

CertID-00095867

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** was served on counsel of record this 14th day of December, 2022 using the Court's CM/ECF System.

                                         */s/ Faith Radford*
                                        An Employee of Evans Fears & Schuttert LLP