Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

David S. Krakoff (*pro hac vice*)
Preston Burton (*pro hac vice*)
Lauren R. Randell (*pro hac vice*)
Adam B. Miller (*pro hac vice*)
Bradley A. Marcus (*pro hac vice*)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Email: dkrakoff@buckleyfirm.com
Email: pburton@buckleyfirm.com
Email: lrandell@buckleyfirm.com
Email: amiller@buckleyfirm.com
Email: bmarcus@buckleyfirm.com

Bruce R. Genderson (*pro hac vice*)
David M. Krinsky (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
Matthew W. Lachman (*pro hac vice*)
Sarahi Uribe (*pro hac vice*)
Nicholas Jordan (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Email: bgenderson@wc.com
Email: dkrinsky@wc.com
Email: aharber@wc.com
Email: mlachman@wc.com
Email: suribe@wc.com
Email: njordan@wc.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:19-CV-01657 (RFB)(NJK)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR COUNTER DEFENDANT UEC TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIM**<br><br>**(FIRST REQUEST)** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff/Counter Defendant Universal Entertainment Corporation ("UEC") to file an answer or otherwise respond to Defendant/Counterclaimant Aruze Gaming America, Inc.'s ("AGA")

1

Counterclaim ("Counterclaim" filed under seal on December 5, 2022 – ECF No. 155) is extended by 21 days, from December 27, 2022 to January 17, 2023.  This is the first stipulation for extension of time regarding UEC's deadline to file an answer or otherwise respond to Defendant's Counterclaim.

      This extension is necessary to allow counsel additional time to evaluate the Counterclaim, as well as to accommodate counsel's availability in view of other events in the co-pending case between the parties (Case No. 2:18-cv-00585) and counsel's December holiday schedules.  Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

      Dated this 20th day of December, 2022.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 21, 2022