UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION,<br><br>　　　Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., et al.,<br><br>　　　Defendants. | Case No. 2:19-cv-01657-RFB-NJK<br><br>**Order**<br><br>[Docket No. 186] |

Pending before the Court is Holland & Hart LLP's motion to withdraw as counsel for Defendant Kazuo Okada. Docket No. 186. No response has been filed and the time to do so has now passed. *See* Docket. For good cause shown, the motion is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket with Defendant's address as identified at Docket No. 186 at 4, and to mail and email this order to Defendant.

No later than October 30, 2023, Defendant must either file notice that he intends to proceed *pro se*, or new counsel must enter an appearance on his behalf.

IT IS SO ORDERED.

Dated: September 18, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge