UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:19-cv-01657-RFB-NJK<br><br>**ORDER GRANTING UNIVERSAL ENTERTAINMENT CORP., MOTION TO WITHDRAW NICHOLAS JORDAN AS COUNSEL OF RECORD** |

This matter is before the Court on the Motion to Withdraw as Counsel of Record (Dkt. 193) filed November 2, 2023. Nicholas W. Jordan seeks to withdraw as counsel of record for Plaintiff Universal Entertainment Corporation ("Universal"). The Motion represents that, effective November 13, 2023, Nicholas W. Jordan will no longer be associated with the firm Williams & Connolly LLP, one of the firms representing Universal. The Motion also represents that Universal will continue to be represented in this action by attorneys Jay J. Schuttert and David Gutke of Evans Fears Schuttert McNulty Mickus LLP, David S. Krakoff, Lauren R. Randell, Adam B. Miller, Preston Burton, Bradley Marcus, Rachel Li Wai Suen, Michael Rosenberg, and Nuno Luo of Orrick, Herrington & Sutcliffe LLP, and Bruce R. Genderson, David M. Krinsky, Adam D. Harber, and Matthew W. Lachman of Williams & Connolly LLP. Local Rule IA 11-6 provides that "no withdrawal . . . will be approved if it will result in delay of discovery, the trial, or any hearing in the case." This matter is currently stayed and withdrawal will not delay this action.

Having reviewed and considered this matter, and for good cause shown,

**IT IS SO ORDERED:**

1. The Motion to Withdraw (193) is GRANTED.

2. Plaintiff Universal Entertainment Corporation will continue to be represented by attorneys Jay J. Schuttert and David Gutke of Evans Fears Schuttert McNulty Mickus LLP, David S. Krakoff, Lauren R. Randell, Adam B. Miller, Preston Burton, Bradley Marcus, Rachel Li Wai Suen, Michael

Rosenberg, and Nuno Luo of Orrick, Herrington & Sutcliffe LLP, and Bruce R. Genderson, David M. Krinsky, Adam D. Harber, and Matthew W. Lachman of Williams & Connolly LLP.

Dated: November 7, 2023

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE