Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
**EVANS FEARS SCHUTTERT**
**MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Email: jschuttert@efsmmlaw.com
Email: dgutke@efsmmlaw.com

David S. Krakoff *(pro hac vice)*
Preston Burton *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam B. Miller *(pro hac vice)*
Bradley A. Marcus *(pro hac vice)*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Email: dkrakoff@orrick.com
Email: pburton@orrick.com
Email: lrandell@orrick.com
Email: adam.miller@orrick.com
Email: bmarcus@orrick.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
Matthew W. Lachman *(pro hac vice)*
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Email: bgenderson@wc.com
Email: dkrinsky@wc.com
Email: aharber@wc.com
Email: mlachman@wc.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:19-CV-01657-RFB-NJK<br><br>**ORDER DISMISSING CLAIM NO. 9** |

In consideration of UNIVERSAL ENTERTAINMENT CORPORATION'S MOTION FOR VOLUNTARY DISMISSAL OF CLAIM NO. 9 dated November 30, 2023, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.   Pursuant to Federal Rule of Civil Procedure 41(a)(2), Claim No. 9 asserted by Universal Entertainment Corporation against Kazuo Okada is hereby DISMISSED WITH PREJUDICE.

2.   All attorneys' fees, expenses, and costs incurred are to be borne by the party that incurred them.

3.   All claims and counterclaims in this litigation having now been dismissed with prejudice, it is hereby ordered that the litigation is terminated.

4.   The Clerk of Court is instructed to close this matter accordingly.

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

DATED: December 18, 2023